IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARION BASS,

     Appellant,

v.

     Case No.  5D23-88
     LT Case No. 2021-TR-129967

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed April 6, 2023

Appeal from the County Court
for Duval County,
Gary Flower, Judge.

William Falik, of William Falik,
P.A., Jacksonville, for Appellant.

No Appearance for Appellee.


PER CURIAM.

     Following an evidentiary hearing, a Duval County judge found Marion

Bass guilty of careless driving, a civil traffic infraction, and Bass has appealed

that adjudication to our court. Finding that we lack subject matter jurisdiction,

we transfer this appeal to the Fourth Judicial Circuit Court in and for Duval County for disposition. See Nelson v. State, 325 So. 3d 1005 (Fla. 3d DCA 2021); see also Colley v. State, 48 Fla. L. Weekly D436 (Fla. 5th DCA Feb. 24, 2023).

APPEAL TRANSFERRED.

MAKAR, HARRIS and BOATWRIGHT, JJ., concur.